# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, III, Stephen J. | U.S. District Court, Eastern District of Michigan | 05/01/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

231 West Lafayette Boulevard
Room #235
Detroit, Michigan 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 05/01/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 05/01/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds: | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. Income Fund of America | | None | K | T | | | | | |
| 4. AMCAP Fund | | None | K | T | | | | | |
| 5. Growth Fund of America | | None | K | T | | | | | |
| 6. New World Fund | | None | J | T | | | | | |
| 7. American Mutual Fund | | None | K | T | | | | | |
| 8. Income Fund of America | | None | K | T | | | | | |
| 9. American Balanced Fund | | None | K | T | | | | | |
| 10. American High Income Trust | | None | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. Others: | | | | | | | | | |
| 13. ALPS ETF TR Alerian MLP | A | Dividend | K | T | | | | | |
| 14. Berkshire Hathaway Inc | | None | K | T | | | | | |
| 15. Blackrock Limited Duration Fund | A | Dividend | J | T | | | | | |
| 16. Calamos Strategic Total Return | | None | K | T | | | | | |
| 17. Cincinnati Financial Corp | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Doubleline Total Return Bond Fund | A | Dividend | K | T | | | | | |
| 19. Dreyfus Standish Global Fixed Income | | None | | | Sold | 11/15/17 | J | | |
| 20. Eaton Vance Tax Managed Diversified | | None | | | Sold | 11/15/17 | K | | |
| 21. Eaton Vance Tax Managed Global | | None | | | Sold | 11/15/17 | K | | |
| 22. Federated Capital Reserves | A | Interest | K | T | | | | | |
| 23. First Eagle Global Income Builder | | None | | | Sold | 11/15/17 | J | | |
| 24. Fifth Third Savings | A | Interest | J | T | | | | | |
| 25. FS Energy and Power Fun | | None | K | T | | | | | |
| 26. FS Investment Corporation II | | None | K | T | | | | | |
| 27. Glenmede Large Cap Growth | | None | K | T | Buy | 04/24/17 | J | | |
| 28. Goldman Sachs Group Inc | A | Dividend | K | T | | | | | |
| 29. Goldman Sachs Strategic Income | A | Dividend | K | T | | | | | |
| 30. Hood River Small Cap Growth Fund | | None | K | T | Buy | 04/24/17 | J | | |
| 31. Ishares TR Amt Free Muni BD | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 32. Ishares TR MSCI EAFE ETF | A | Dividend | K | T | | | | | |
| 33. Ishares TR Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 34. Ishares TR Russell 2000 Value | | None | J | T | Buy | 04/24/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 05/01/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Ishares TR 1-3 Yr CR BD | A | Dividend | J | T | | | | | |
| 36. Ishares TR 1-3 Yr Treasury BD | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 37. Janus Advisor Mid Cap Growth | | None | K | T | Buy | 04/24/17 | J | | |
| 38. JP Morgan Strategic Income Opportunity | A | Dividend | J | T | | | | | |
| 39. Loomis Sayles Fds 2 | | None | K | T | Buy | 04/25/17 | K | | |
| 40. Mellon Instl Funds Invst Global Fixed Income | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 41. Pershing Government Acct | A | Interest | K | T | | | | | |
| 42. T Rowe Price Intl Discovery Fund | | None | J | T | Buy | 04/24/17 | J | | |
| 43. Vanguard Intermediate Term Bd Fnd | | None | K | T | | | | | |
| 44. Vanguard Whitehall High Div Yield FDS | A | Dividend | K | T | | | | | |
| 45. Vangueard Scottsdale Short Term Corp Bond Fund | | None | K | T | | | | | |
| 46. Vanguard Index FDS Vanguard REIT | A | Dividend | K | T | | | | | |
| 47. Voya Asia Pac Divid Equity Inc Fd | | None | | | Sold | 01/25/17 | J | | |
| 48. Voya Global Equity Divid & Prem | | None | | | Sold | 01/25/17 | J | | |
| 49. Wisdomtree TR Emeging Mkts Equity | | None | | | Sold | 01/25/17 | J | | |
| 50. Wisdomtree TR India Earnings | | None | | | Sold | 01/25/17 | J | | |
| 51. Wisdomtree TR Europe Hedged Equity | | None | | | Sold | 01/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 05/01/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, III, Stephen J. | 05/01/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephen J. Murphy, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544